UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>JEFFREY ARSENAULT; OLD GREENWICH CAPITAL ADVISORS, LLC; and OGCP MANAGEMENT CO, LLC,<br><br>      Defendants. | Civil Action No. 3:24-cv-01633-VAB |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

  Plaintiff Securities and Exchange Commission ("the Commission") and Defendant Jeffrey Arsenault respectfully move the Court for an order modifying the Scheduling Order [ECF No. 13] to provide for additional time for the parties to negotiate a resolution of this case. The parties are conferring in good faith to resolve this litigation and require additional time to reach an agreement, including obtaining the requisite approvals for settlement of a Commission enforcement action. Extending the discovery deadline will likely also save the parties significant resources and focus current resources on resolution.

  The parties request the Court extend the remaining deadlines in the Scheduling Order by approximately 120 days, as follows and as reflected in the attached Proposed Order:

| **Deadline Description:** | **Current Deadline:** | **Proposed New Deadline:** |
|---|---|---|
| Depositions of fact witnesses[1] | October 3, 2025 | January 30, 2026 |

---

[1] The parties have not designated any expert witnesses in this case and accordingly do not request an extension of time to complete expert discovery.

| Close of Discovery | October 3, 2025 | January 30, 2026 |
|---|---|---|
| Deadline to submit joint request to discuss settlement before Magistrate judge | October 10, 2025 | February 6, 2026 |
| Dispositive motions | November 7, 2025 | March 6, 2026 |
| Responses to dispositive motions | December 5, 2025 | April 3, 2026 |
| Replies to dispositive motions | December 19, 2025 | April 17, 2026 |
| Joint Trial Memorandum | November 21, 2025, or 60 days after a ruling on dispositive motions | March 20, 2026, or 60 days after a ruling on dispositive motions |
| Trial ready date | December 22, 2025, or 30 days after the joint trial memorandum is filed | April 21, 2026, or 30 days after the joint trial memorandum is filed |

Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Civil Rule 16(b) permits modification of a scheduling order on a particularized showing of good cause and the Court's consent, including postponement of the trial ready date to prevent "manifest injustice." Here, good cause exists to modify the Scheduling Order because the parties are engaged in good-faith discussions to settle the claims at issue in this litigation and the modification the parties request will enable the parties to continue to negotiate a resolution of this case. The requested postponement of the trial ready date is necessary to prevent the manifest injustice of compelling the parties to incur the substantial burdens and expenses of preparing for trial while in the midst of settlement negotiations, particularly where at least one party is proceeding *pro se*.

The parties would propose to file a joint status report on or before November 14, 2025, to apprise the Court of the status of their settlement negotiations.

DATED: September 16, 2025                 Respectfully submitted,

JEFFREY ARSENAULT                          SECURITIES AND EXCHANGE COMMISSION

                                           By its attorneys,

*/s/ Jeffrey Arsenault*                    */s/ Peter Bryan Moores*
Pro se                                     Peter Bryan Moores (Mass. Bar No. 658033)
                                           David R. Fox (D.C. Bar No. 1686020)
                                           Marc J. Jones (Mass. Bar No. 645910)
                                           Martin F. Healey (Mass. Bar No. 227550)
                                           Boston Regional Office
                                           33 Arch Street, 24th Floor
                                           Boston, Massachusetts 02110
                                           (617) 573-8900 (Main)
                                           (617) 573-4590 (Facsimile)
                                           (617) 573-4576 (Moores)
                                           mooresp@sec.gov (Moores)

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2025, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case. Per agreement, I also served Mr. Arsenault via email.

                                           */s/ Peter Bryan Moores*
                                           Peter Bryan Moores